IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:04-CR-81-H

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| JASON BALLARD, | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for relief from judgment seeking to amend his presentence report. Finding no legal basis for the relief requested, the motion [DE #175] is DENIED.

This 30th day of April 2020.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26